```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

RATHBONE, LLC, on behalf of         §
itself and all others similarly     §
situated and on behalf of           §
XTO Energy, Inc.                    §
                                    §
VS.                                 §      ACTION NO. 4:11-CV-149-Y
                                    §
XTO ENERGY, INC., ET AL.            §

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED July 28, 2011.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE